

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00415-CV

_____

BRITTANY BUYHER, Appellant

V.

PH OP PKG 1, LLC, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2022-005119-1

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant's brief was due February 1, 2023. On March 13, 2023, we notified appellant that her brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).[1]

Per Curiam

Delivered: April 20, 2023

---

[1]On November 23, 2022, we received a "Motion To Stay Emergency Stop To Writ Of Possession." The motion did not contain a certificate of service or a certificate of conference, so we requested that a compliant motion be filed by December 1, 2022. We did not receive a compliant motion. In conjunction with our disposition of the appeal, we deny the noncompliant motion.